

To: Judge Joseph J. Farnan

From: David Pennewell - 03938-015

Date: 4-18-05

Case # 97-CR-35-All

Re- Update on request

This letter I am writing you is to ask you a few question concerning my situation. The first thing I would like to ask you is was there an answer on my re violation be lifted or run with state sentence, pro se letter dtd 5/20/04 [entry date 5/28/04]. D.C.C. did a big movement to Howard Young Correctional Institution and I was one of those guys that was transfered. H.Y.C.I. isn't going to let me have any type of job, program and ect. Since I have a detainer on me they have me housed with unsentence inmates and I've been incarcerated over 3yrs. with a little over 4yrs left. If my sentence isn't going to be modify or run with sentence do you have jurisdiction to let me do my federal sentence now? The counselor said if my detainer gets lifted the paperwork has to go to the record department, I couldn't give them the paper letting them know that it has been change.

Please look at all of the surrounding factors of my situations concerning the lift of the detainer.

Thank you for your time and patients in reading my letter. Please respond back

Sincerely

David Pennewell - 03938-015

David Pennewell

David Pennewell -03958-015
P.O. Box 9561
Wilmington, Del. 19809

Honorable Joseph J. Farnan, Jr.
United States District Court
Lock Box #18
844 King Street
Wilmington, Delaware 19801-3570

LEGAL MAIL