# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

May 3, 2005

John Selvaggi
U.S. Probation
824 Market Street
4th floor
Wilmington, DE 19801

      RE:    United States v. David Pennewell
                  Criminal Action No. 97-35 JJF

Dear Mr. Selvaggi:

    Would you please respond to attached letter. I would greatly appreciate it.

Thanks,

*[signature]*

JOSEPH J. FARNAN, JR.

JJFjr:ab
cc:    Clerk, U.S. District Court w/out encl.