97 cr 35

RECEIVED
APR 11 2007

To: Judge Joseph J Farnan Jr.
From: David Pennewell - 03938-015
Re: Work/detainer
Date: 4-09-07

I AM writing you to enquire About working in the State institution. Since I have A detainer with the feds the institutions isn't leting me work unless you give Me permission. Can you send me and the prison A letter stating that I can work in the prison. I've Also been trying to get my detainer on my V.O.P thrown out but Nothing has happened.

Sincerely,
David Pennewell

David Pennewell

David Pennewell - 247467
Howard R. Young Correctional Institution
1201 E. 12th Street
Wilmington, Del. 19809



WILMINGTON DE 197

10 APR 2007 PM 1 T

U.S.M.S.
X-RAY

David Penewett N-247967
Howard Young Correctional Institution
Wilmington Del. 19809

Legal Mail

Judge Joseph J. Farnan Jr.
District of Delaware
First Federal Plaza
700 King Street, Suite 110
Wilmington Del. 19801