# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

April 24, 2007

Mr. John Selvaggi
Deputy Chief, U.S. Probation Officer
U.S. Probation Office
824 Market Street
4th Floor
Wilmington, DE 19801

     RE: USA v. David Pennewell, 97-CR-35(JJF)

Dear Mr. Selvaggi:

   We are forwarding for your review the enclosed letter
received on April 11, 2007 from David Pennewell.

Sincerely,

Deborah L. Krett
Case Manager to the
Honorable Joseph J. Farnan, Jr.

cc:  David Weiss, Esq.
     J. Michael Farrell, Esq.
     Clerk, U. S. District Court



FILED

APR 2 5 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE